In the Matter of the Estate of HENRY H. ROGERS, Deceased.
ALBERT STICKNEY et al., as Surviving Executors of HENRY H.
ROGERS, Deceased, et al., Appellants; STATE TAX COMMISSION,
Respondent.

Argued May 28, 1946; reargument ordered October 10, 1946.

*Hersey Egginton, Harold A. Donegan* and *Arthur W. Siegrist* for surviving executors, appellants.

*Robert Gerstenlauer* and *Walter D. Fletcher* for City Bank Farmers Trust Company and another, as surviving trustees, appellants.

*John F. Keating* for Millicent A. Rogers and another, as surviving general guardians of Peter Salm, appellants.

*Mortimer M. Kassell, Francis Kelliher* and *Paul Newman* for respondent.

Reargument ordered and case set down for argument Tuesday, October 15, 1946.

EXCELSIOR INSURANCE COMPANY OF NEW YORK, Respondent, *v.*
STATE OF NEW YORK, Appellant. (Claim No. 25112.)
LIVERPOOL AND LONDON AND GLOBE INSURANCE COMPANY OF
LIVERPOOL, ENGLAND, Respondent, *v.* STATE OF NEW YORK,
Appellant. (Claim No. 25113.)
ANTHONY L. WATHLEY, Respondent, *v.* STATE OF NEW YORK,
Appellant. (Claim No. 25114.)

Argued January 10, 1946; reargued June 4, 1946; reargument ordered
October 10, 1946.

*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd, Wendell P. Brown, Edward L. Ryan* and *John R. Davison* of counsel), for appellant.

*John E. Mack* for respondents.

Reargument ordered and case set down for argument Tuesday, October 15, 1946.